# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

SEAN ROBINSON,
    Plaintiff,

v.

Case No. CV404-18

AL ST. LAWRENCE; McARTHUR HOLMES; PRISON HEALTH SERVICES, INC.; and DR. P. REINHEIMER,
    Defendants.

## ORDER

Let a copy of this Report and Recommendation be served upon plaintiff and counsel for the defendants. Any objections to this Report and Recommendation must be filed with the Clerk of Court not later than September 26, 2005. The Clerk shall submit this Report and Recommendation together with any objections to the Honorable B. Avant Edenfield, United States District Judge, on September 27, 2005. Failure to file an objection within the specified time means that this Report and Recommendation may become the opinion and order of the Court, Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982), and further waives the right to appeal the District Court's Order. Thomas v. Arn, 474 U.S. 140 (1985).

All requests for additional time to file objections to this Report and Recommendation should be filed with the Clerk for consideration by the District Judge to whom this case is assigned.

**SO ORDERED** this 8th day of September, 2005.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

Sean Robinson )

vs ) CASE NUMBER CV404-18

Al St. Lawrence, et al. ) DIVISION Savannah

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 9/8/05, which is part of the official record of this case.

Date of Mailing: 9/9/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Sean Robinson GDC459697 Augusta State Medical Prison 3001 Gordon Hwy Grovetown, GA 30813
Doris S. Edwards P.O. Box 5633 Savannah, GA 31414
Cynthia M. Daley Hall, Booth, Smith & Slover 1180 W. Peachtree St., NW Suite 900 Atlanta, GA 30309
Michael G. Frick Hall, Booth, Smith & Slover 3528 Darien Hwy Suite 300 Brunswick, GA 31525
Phillip E. Friduss Hall, Booth, Smith & Slover 1180 W. Peachtree St., NW Suite 900 Atlanta, GA 30309
Emily E. Garrard P.O. Box 8161 Savannah, GA 31412

[ ] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate