# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 OCT -4 AM 10: 01

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| SEAN ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV404-18 |
| AL ST. LAWRENCE; McARTHUR HOLMES; PRISON HEALTH SERVICES, INC.; and DR. P. REINHEIMER, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 4 day of Oct, 2005.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA